## No. 817.

SUCCESSION OF ANTOINE ROMERO. OPPOSITION OF SEVERIN ROMERO TO TABLEAU FILED.

28 607<br>106 462

It appears from the record that the opponent to the tableau is an heir of the deceased whose estate is being administered, and therefore interested in defeating any debts placed on the tableau not due, or prescribed. In his opposition he pleaded prescription against certain claims placed on the tableau, which on their face appear to be prescribed. The administrator and the court seem to have regarded the opposition as a separate suit, in which the opponent was a plaintiff, and dismissed his opposition for not prosecuting it. This was an error. The opposition was on file in the nature of an answer, and if the record showed that any of the objections were valid, the court should have considered them.

APPEAL from the Parish Court, parish of St. Mary. *Handy*, J. *E. Simon*, for Severin Romero, opponent and appellant. *DeBlanc & Perry*, for the administrator and appellee. *Jos. A. Breaux*, for Z. Decuir, creditor and appellee.

LUDELING, C. J. Severin Romero filed an opposition to the account and tableau of the administrator of the succession of Antoine Romero. His opposition was dismissed, and the tableau was homologated. He has appealed from this judgment, and he contends that the judgment dismissing his opposition is only a judgment of nonsuit. We do not perceive what we have to do with that question in this appeal. If he has failed to maintain by proof his objections to the tableau, the judgment homologating the tableau was correct. It appears from the record, however, that he is an heir of the deceased whose estate is being administered, and therefore interested in defeating any debts placed on the tableau not due, or prescribed. In his opposition he pleaded prescription against certain claims placed on the tableau which on their face appear to be prescribed. The administrator and the court seem to have

regarded the opposition as a separate suit in which the opponent was a plaintiff, and dismissed his opposition for not prosecuting it. This was an error. The opposition was on file in the nature of an answer, and if the record showed that any of the objections were valid, the court should have considered them. We believe that, under the circumstances, the ends of justice will be subserved by remanding the cause to be tried *de novo*. We decided nothing in this case when it was before us in 1873, except that the case would have to be continued to make proper parties. 25 An. 534.

It is therefore ordered that the judgment of the lower court be reversed, and that this case be remanded to the court *a qua* to be proceeded in according to law. The costs of the appeal to be paid by the succession.

Rehearing refused.